UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND M. MINIER, et al.,<br><br>                  Plaintiffs,<br><br>  -against-<br><br>ALICIA K. MENSAH, et al.,<br><br>                  Defendants. | 24-CV-1781 (LAK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      Plaintiff commenced this action on June 21, 2023, by filing a summons and complaint in New York Supreme Court, Bronx County. (*See* ECF 1-4.) On March 11, 2024, Defendant removed this action to this Court based on diversity jurisdiction. (*See* ECF 1) .Per my Order (ECF 6), the parties were directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky, and file it on the docket by April 15, 2024. Plaintiff has not yet appeared in this Court; and the parties have not complied with my Order. I am sua sponte extending the deadline nunc pro tunc until 5 PM on **April 19, 2024**.

      Defendant is directed to email by **April 17, 2024** a copy of this Order to Plaintiff's counsel, Glenn D. Kroll, at the email addresses associated with Mr. Kroll's New York State Courts Electronic Filing (NYSCEF) system, glennkrollesq@hotmail.com (*see* NY St Cts Elec Filing [NYSCEF] Doc No. 2*, proof of service, in Raymond M Minier et al v Alicia K Mensah et al*, Bx County, index No. 809548/2023E). Defendant is additionally directed to mail by **April 17, 2024** a copy of this Order to Plaintiff's counsel at P.O. Box 10  Bloomingburg, New York 12721,

identified in the Summons and Complaint (*see* ECF 1-4). Defendant is directed file confirmation of such emailings and mailings on the docket by **April 17, 2024**.

DATED: April 16, 2024
New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge