UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMON M. MINIER, et al.,<br><br>                    Plaintiffs,<br><br>    -against-<br><br>ALICIA K. MENSAH, et al.,<br><br>                    Defendants. | 24-CV-1781 (LAK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

While Glenn Kroll, who is counsel for Plaintiff, has not filed a formal notice of appearance in this matter before this Court, he emailed my chambers requesting a two-month stay of all proceedings so that he could inform Plaintiffs that they need to find new counsel, which communication I placed on the docket as an exhibit to my 4/22/2024 Order. (ECF 12 Ex. A.) I construed Mr. Kroll's request as including a notice of appearance, albeit a problematic one since he represents that he is not a member of the bar of this Court.

I directed Mr. Kroll to send Plaintiffs a copy of my 4/22/2024 Order, which criticized him for his failure to notify Plaintiffs sooner that he was unable to continue as their counsel in federal court; to email to my chambers and Defendants' counsel confirmation of having sent my 4/22/2024 Order to Plaintiffs; and to file a motion to withdraw as counsel that addressed Plaintiffs' position on his withdrawal. On April 23, 2024, Mr. Kroll contacted my chambers to confirm his mailing and emailing of my 4/22/2024 Order to Plaintiffs as required. Mr. Kroll subsequently sent an email to my chambers and Defendants' counsel attaching a motion to withdraw as counsel, which communication is attached hereto as Exhibit A. In that motion, he said that he had spoken with his clients, and that two of them – Plaintiffs Walker and Ferriero –

will attempt to find new counsel and that Plaintiff Minier indicated that he did not wish to pursue this matter. To the extent that Mr. Kroll's request for a stay included an effective notice of appearance, his motion to withdraw as counsel of record for Plaintiffs GRANTED.

Plaintiffs are now aware that they are without counsel in this matter. I will stay this case to permit Plaintiffs Walker and Ferriero (and Plaintiff Minier should he change his mind and decide to pursue this case) a chance to locate new counsel. If replacement counsel has not filed a notice of appearance for Plaintiffs by **June 5, 2024**, Plaintiffs are directed to file a letter on the docket, stating whether they intend to proceed with their case without a lawyer and providing addresses where the Court can reach them. explain how they can file such a letter on the docket.

Defendants' counsel is directed to serve a copy of this Order on Mr. Kroll **by 5:00 PM on April 30, 2024** at the email address associated with Mr. Kroll's New York State Courts Electronic Filing (NYSCEF) system, glennkrollesq@hotmail.com. Mr. Kroll is directed to provide a copy of this Order to Plaintiffs **by email by May 2, 2024, and to email my chambers and Defendants' counsel with proof of having done so**. SO ORDERED.

DATED:  April 29, 2024
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

EXHIBIT A

| | |
|---|---|
| **From:** | Glenn Kroll Esq |
| **To:** | Tarnofsky NYSD Chambers; Schmidt, Fred; Acosta, Jacqueline |
| **Subject:** | RE: 24-CV-1781 (LAK) (RFFT) Minier et al v. Mensah et. al. |
| **Date:** | Friday, April 26, 2024 11:07:13 AM |
| **Attachments:** | Minier etal NOM.pdf |

**CAUTION - EXTERNAL:**

Please see attached

Sincerely,

Glenn Kroll

**From:** Glenn kroll <gkroll2016@gmail.com>
**Sent:** Friday, April 26, 2024 11:02 AM
**To:** Glenn Kroll <glennkrollesq@hotmail.com>
**Subject:** Minier etal NOM

--

*Law office of Glenn Kroll*
*P.O Box 10*
*92 Main Street*
*Bloomingburg, NY 12721*
*Tel: (845) 733-1065*
*Fax (845) 733-1055*
http://gklawyer.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Robyn F. Tarnofsky, United State Magistrate Judge
-------------------------------------------------------------------------X

RAYMOND M. MINIER, et al.                    24-CV-1781

                        **Plaintiffs**              **NOTICE OF MOTION**

- against -

ALICIA K. MENSAH, et. al

                        **Defendants**
-------------------------------------------------------------------------X

      PLEASE TAKE NOTICE, that upon the annexed affirmation of GLENN KROLL, ESQ. as counsel for the plaintiffs, will move this court located at 500 Pearl Street, Room 703, New York, New York 10007 on the _____ day of _____ 2024 or as soon thereafter as counsel may be heard for the following forms of relief:

1. Granting the Motion by Glenn Kroll, Esq. with withdraw as counsel for the plaintiffs.

                                                    Yours, etc.

April 23, 2024
Bloomingburg, NY
                                                    Glenn Kroll, Esq.
                                                    (845) 733-1065

Cc:  Frederick D. Schmidt Jr. Esq.
       Attorney for Defendants
       P.O. Box 2903
       Hartford, CT 06104-2903

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

RAYMOND M. MINIER, et al.,            24-CV-1781 (LAK) (RF)

               Plaintiffs,            **ATTORNEY'S**
   -against-                                **AFFIRMATION**

                                                          **Assigned Judge: Tarnofsky**

ALICIA K. MENSAH, et al.,

               Defendants.
-------------------------------------------------------------------X

        Glenn Kroll, attorney at law, duly admitted to practice in the State of New York, affirms under penalties of perjury, the following:

        1.      I am the sole member of GLENN KROLL, PC, attorney for the Plaintiffs. I make this affirmation in support of my motion to withdraw as counsel for the plaintiffs. My affirmation is based upon the fact that I am not admitted to the Federal Courts, I have never practiced in Federal Court, and I am not familiar with the procedures and the rules or the PACER electronic filing system.

        2.      This case was filed in New York State Supreme Court in June 2023, the defendants were duly served and paper discovery was exchanged in the form of the bill of particulars and discovery demands. In late February 2024 defense counsel made an application to remove the case to Federal Court which was granted.

        3.      I am a sole practitioner in Sullivan County, New York, and as previously stated, I am wholly unfamiliar with Federal Practice and I would be unable to familiarize myself with Federal Court practice. I personally spoke with each one of the plaintiffs and I explained that I am not able to continue with their case and I advised them to find an attorney admitted to Federal

1

Court. They all understood and said that they would find a new attorney. I spoke with Glenn Walker on April 24th at (347)-310-0260 and he consented to my withdrawal and he said he would find a different attorney. I spoke with Bruce Ferriero at (786) 660 8395 on April 25th and he also indicated he would find a new attorney. I also spoke with Raymond Minier at (347) 525-2922 on April 24th and he indicated that he had no interest in pursuing the case any further and is not interested in searching for a new attorney.

4. Additionally I complied with the previous direction of the court to serve all three plaintiffs with a copy of the court's Order by overnight night delivery and I provided proof to defendant's counsel who acknowledged it.

5.. No prior application has been made for the same or similar relief.

WHEREFORE, it is respectfully requested that this application be granted in its entirety and that Glenn Kroll be permitted to withdraw as counsel for GLENN WALKER, RAYMOND MINIER and BRUCE FERRIERO, together with such other and further relief as to this Court may seem just and proper.

Dated: Bloomingburg, New York
April 25, 2024

_____
Glenn Kroll, Esq.

2

