UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND M. MINIER, et al., <br><br>                          Plaintiffs, <br><br>   -against- <br><br> ALICIA K. MENSAH, et al., <br><br>                          Defendants. | 24-CV-1781 (LAK) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  On April 29, 2024, I issued an order staying this case while Plaintiffs sought replacement counsel after their original counsel withdrew from the representation. (ECF 13.) The order provides that, if replacement counsel does not file a notice of appearance for Plaintiffs by June 5, 2024, Plaintiffs must file a letter on the docket, stating whether they intend to proceed with their case without a lawyer. The order neglected to include information on how Plaintiffs may file such a letter on the docket. They may do so by emailing a <u>signed</u> PDF of the letter to ProSe@nysd.uscourts.gov in an email with the subject line: "Pro Se Filing – 24-cv-1781." Plaintiffs are advised that it may take up to two business days for their filing to appear on the docket.

  The Clerk of Court is respectfully requested to mail copies of this order to Plaintiffs at the following addresses: (1) BRUCE FERRIERO, 590 West 204th Street, Apt. B-52, New York, NY 10034; (2) GLENN WALKER, 551 West 204th Street, Apt. 2A, New York, NY 10034; and (3) RAYMOND MINIER, 530 Isham Street, Apt. 4A, New York, NY 10034.

DATED: May 30, 2024
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge