UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND M. MINIER, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> ALICIA K. MENSAH, et al., <br><br> Defendants. | 24-CV-1781 (LAK) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On April 29, 2024, I issued an order staying this case while Plaintiffs sought replacement counsel after their original counsel withdrew from the representation. (ECF 13.) The order provided that, if replacement counsel did not file a notice of appearance for Plaintiffs by June 5, 2024, Plaintiffs had to submit a letter on the docket, stating whether they intended to proceed with their case without a lawyer. On June 3, 2024, Plaintiff Glenn Walker submitted a letter requesting an extension of time to find replacement counsel. (*See* ECF 15.) To date, neither Plaintiff Bruce Ferreiro nor Plaintiff Raymond Minier has made a similar request.

I am extending the stay of this case until **July 8, 2024.** If replacement counsel does not file a notice of appearance by July 8, 2024, then each Plaintiff must submit a letter on the docket stating whether he intends to proceed with the case without a lawyer. Each Plaintiff may do so by emailing a <u>signed</u> PDF of his letter to ProSe@nysd.uscourts.gov in emails with the subject line: "Pro Se Filing – 24-cv-1781." Plaintiffs are advised that it may take up to two business days for their filings to appear on the docket.

If any Plaintiff fails to comply with this Order, I may recommend that the claims of that Plaintiff be dismissed for failure to prosecute this litigation.

If any Plaintiff has questions about this Order or any procedural matter, he should contact the Court's Pro Se Intake Unit at (212) 805-0175, or the independent NYLAG Legal Clinic for Pro Se Litigants in the SDNY at (212) 659-6190.

DATED: June 7, 2024
       New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge