UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RAYMOND M. MINIER, et al.,

                Plaintiffs,

       -against-                                          24-cv-1781 (LAK)

ALICIA K. MENSAH, et ano.,

                Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        This action is dismissed for lack of prosecution substantially for the reasons stated in the report and recommendation of the magistrate judge to which no objection has been filed.

        SO ORDERED.

Dated:       March 11, 2025

                                                                     Lewis A. Kaplan
                                                           United States District Judge